IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RUMPA BANERJEE | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-2571 |
| PHILADELPHIA CHOP | : |

## ORDER

**AND NOW**, this 21st day of June 2018, upon considering Plaintiff Rumpa Banerjee's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), her *pro se* Complaint (ECF Doc. No. 2), and for reasons in the forthcoming Memorandum, it is **ORDERED**:

1. The Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. Ms. Banerjee's Complaint (ECF Doc. No. 2) is **DISMISSED without prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.